JOHN E. SCHREIBER (SNB: 262558)
jschreiber@winston.com
IAN C. EISNER (SBN: 254490)
ieisner@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, California 90071-1543
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750

JAMES P. SMITH III (admitted *pro hac vice*)
jpsmith@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700

Attorneys for Defendants
SYCAMORE PARTNERS MANAGEMENT, L.L.C.,
212F HOLDINGS LLC, and HT MERGER SUB INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE HOT TOPIC, INC. SHAREHOLDERS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | LEAD CASE NO. 2:13-cv-02939-SJO (JCx)<br><br>MASTER FILE<br><br>**[PROPOSED] FINAL JUDGMENT AS TO THE SYCAMORE DEFENDANTS** |
|---|---|

On May 2, 2014, this Court issued an order dismissing the entirety of Plaintiff's Consolidated Complaint against Defendants Sycamore Partners Management, L.L.C., 212F Holdings LLC, and HT Merger Sub Inc. (collectively, the "Sycamore Defendants") without leave to amend.

There being no just reason for delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Fed. R. Civ. Pro. 54(b), final judgment is entered in favor of the Sycamore Defendants.

IT IS SO ORDERED.

Dated:  July 3, 2014

*S. James Otero*

_____

The Honorable James S. Otero

United States District Court Judge