ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON (150796)
A. RICK ATWOOD, JR. (156529)
DAVID T. WISSBROECKER (243867)
EDWARD M. GERGOSIAN (105679)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
randyb@rgrdlaw.com
ricka@rgrdlaw.com
dwissbroecker@rgrdlaw.com
egergosian@rgrdlaw.com
dmyers@rgrdlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re HOT TOPIC, INC. SECURITIES LITIGATION | Lead Case No. 2:13-cv-02939-SJO(JCx) |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

DATE:      June 1, 2015
TIME:      10:00 a.m.
CTRM:     1
JUDGE:   Hon. S. James Otero

1    I, DANIELLE S. MYERS, declare as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts of the

3    State of California.  I am a member of the law firm of Robbins Geller Rudman &

4    Dowd LLP, Lead Counsel for Lead Plaintiff, City of Livonia Employees' Retirement

5    System in the above-entitled action.  I have personal knowledge of the matters stated

6    herein and, if called upon, I could and would competently testify thereto.

7    2.    Attached is a true and correct copy of the following exhibit:

8    Exhibit A:   Laarni T. Bulan, Ellen M. Ryan & Laura E. Simmons, *Securities*

9              *Class Action Settlements – 2014 Review & Analysis* (Cornerstone

10             Research 2015).

11   I declare under penalty of perjury under the laws of the United States of

12   America that the foregoing is true and correct.  Executed this 30th day of April, 2015,

13   at San Diego, California.

14

15                                              s/ Danielle S. Myers

16                                      DANIELLE S. MYERS

17

18

19

20

21

22

23

24

25

26

27

28

1023843_1

- 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 30, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 30, 2015.

    s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  danim@rgrdlaw.com

1023843_1

# Mailing Information for a Case 2:13-cv-02939-SJO-JC Julie Horn v. Hot Topic Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **A Rick Atwood , Jr**
  ricka@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Randall J Baron**
  randyb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Courtney Anne Dreibelbis**
  cdreibelbis@gibsondunn.com,cdavis@gibsondunn.com,bakin@gibsondunn.com

- **Ian C Eisner**
  ieisner@winston.com,DOCKETLA@winston.com

- **Edward Michael Gergosian**
  egergosian@rgrdlaw.com

- **Joseph A Gorman**
  jgorman@gibsondunn.com,pbelloso@gibsondunn.com,tmorgan@gibsondunn.com

- **Francis M Gregorek**
  gregorek@whafh.com

- **Marisa C Livesay**
  livesay@whafh.com,davanzo@whafh.com,boyles@whafh.com

- **Betsy C Manifold**
  manifold@whafh.com,cabrera@whafh.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachele R Rickert**
  rickert@whafh.com,cabrera@whafh.com,boyles@whafh.com,cothran@whafh.com

- **John E Schreiber**
  jschreiber@winston.com,linda.chow-fortune@dl.com,pacercourtfile@winston.com,docketLA@winston.com,ian.eisner@dl.com,recordsla@winston.com,fposey@dl.com

- **Evan Jason Smith**
  esmith@brodsky-smith.com

- **James P Smith , III**
  JPSmith@winston.com

- **David T Wissbroecker**
  dwissbroecker@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Meryl L Young**
  myoung@gibsondunn.com,pmclean@gibsondunn.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`