| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>RANDALL J. BARON (150796)<br>A. RICK ATWOOD, JR. (156529)<br>DAVID T. WISSBROECKER (243867)<br>EDWARD M. GERGOSIAN (105679)<br>DANIELLE S. MYERS (259916)<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101-8498<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>randyb@rgrdlaw.com<br>ricka@rgrdlaw.com<br>dwissbroecker@rgrdlaw.com<br>egergosian@rgrdlaw.com<br>dmyers@rgrdlaw.com<br><br>Lead Counsel for Plaintiffs | JS-6<br><br>**FILED**<br>**CLERK, U.S. DISTRICT COURT**<br><br>November 6, 2015<br><br>**CENTRAL DISTRICT OF CALIFORNIA**<br>BY: ____VPC____ DEPUTY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re HOT TOPIC, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | ) Lead Case No. 2:13-cv-02939-<br>) SJO(JCx)<br>)<br>) <u>CLASS ACTION</u><br>)<br>) ORDER AWARDING ATTORNEYS'<br>) FEES AND EXPENSES<br>) |

1083703_1

1. This matter having come before the Court on October 26, 2015, on the motion of Lead Counsel for an award of attorneys' fees and expenses incurred in the Litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the Settlement of this Litigation to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order incorporates by reference the definitions in the Stipulation of Settlement dated April 30, 2015 (the "Stipulation") and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 25% of the Settlement Amount, plus expenses in the amount of $97,749.74, together with the interest earned on both amounts for the same time period and at the same rate as that earned on the Settlement Amount until paid. The Court finds that the amount of fees awarded is fair and appropriate.

4. The fees and expenses shall be allocated among other plaintiffs' counsel in a manner which, in Lead Counsel's good-faith judgment, reflects each such counsel's contribution to the initiation, prosecution, and resolution of the Litigation.

5. The awarded attorneys' fees and expenses and interest earned thereon, shall immediately be paid to Lead Counsel subject to the terms, conditions, and

- 1 -

obligations of the Stipulation, and in particular ¶6.3 thereof, which terms, conditions, and obligations are incorporated herein.

IT IS SO ORDERED.

November 5, 2015.

DATED: _____

*S. James Otero*

THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

- 2 -

1083703_1